AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Peralta, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-337 |
| Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Moises Javier Aguilar Peralta, F.M., S.T., and Jose Armando de Leon Zapata                   .

Date:      04/15/2026

/s/ David J. Carey
*Attorney's signature*

David J. Carey (0088787)
*Printed name and bar number*

1108 City Park Ave., Ste. 203, Columbus, OH 43206

*Address*

dcarey@acluohio.org
*E-mail address*

(380) 215-1972
*Telephone number*

(216) 763-9580
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

/s/ David J. Carey