**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MOISES JAVIER AGUILAR**
**PERALTA,** *et al.,*

        **Plaintiffs,**      **:**

      **v.**
                                 **Case No. 2:26-cv-337**
                                 **Chief Judge Sarah D. Morrison**
                                 **Magistrate Judge Chelsey M.**
                                 **Vascura**

**DEPARTMENT OF HOMELAND**
**SECURITY,** *et al.,*      **:**

        **Defendants.**

### <u>ORDER</u>

The Court held an informal conference with the parties on April 21, 2026.

(ECF No. 15); *see* S.D. Ohio Civ. R. 65.1. Upon hearing from the parties, the Court

**ORDERS** as follows:

- The parties are **ORDERED** to attend a discovery conference before

  Magistrate Judge Chelsey M. Vascura on **Thursday, April 23, 2026**,

  at a time and format to be determined by Judge Vascura.

  - Prior to the discovery conference, the parties are **ORDERED** to

    meet and confer about the propriety of a protective order and

    any other discovery issues that need to be brought to Judge

    Vascura's attention.

- Defendants **SHALL** file their response to Plaintiffs' motion for

  preliminary injunction (ECF No. 12) and their response to Plaintiffs'

motion for provisional class certification (ECF No. 14) on or before **May 6, 2026**.

- o Plaintiffs **SHALL** file their reply in support of their motion for preliminary injunction (if any) and their reply in support of their motion for provisional class certification (if any) on or before **May 18, 2026**.

- Defendants **SHALL** move or plead in response to Plaintiffs' Complaint (ECF No. 1) on or before **May 6, 2026**.

  - o Plaintiffs **SHALL** respond to Defendants' motion (if any) on or before **May 18, 2026**.

  - o Defendants **SHALL** file their reply in support of their motion (if any) on or before **May 28, 2026**.

- There will be an evidentiary hearing on the pending motions, which will begin on **June 3, 2026, at 9:00 A.M. in Courtroom 132** of the Joseph P. Kinneary United States Courthouse, 85 Marconi Blvd, Columbus, OH 43215, and continue every day thereafter until completed.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2