# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**MOISES JAVIER AGUILAR PERALTA,**
*et al.*,

        **Plaintiffs,**

              **Civil Action 2:26-cv-337**
    v.             **Chief Judge Sarah D. Morrison**
              **Magistrate Judge Chelsey M. Vascura**

**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,

        **Defendants.**

## ORDER

This matter came before the Court for a telephonic discovery conference on April 23, 2026. All parties appeared and were represented by counsel. This Order memorializes the results of that conference.

The Court scheduled the conference to address issues relating to discovery in connection with the upcoming preliminary injunction hearing. During the hearing, the undersigned ruled as follows:

- After meeting and conferring, the parties are **ORDERED** to identify with particularity any remaining discovery disputes via position statements submitted to Vascura_Chambers@ohsd.uscourts.gov, copying opposing counsel, no later than close of business on **MAY 7, 2026**. The undersigned will hold another telephone conference on **MAY 11, 2026, at 1:30pm** to discuss these disputes.

- Defendants must provide written responses and produce responsive documents in response to Plaintiffs' discovery requests **ON OR BEFORE MAY 13, 2026**. Depositions under Federal Rule of Civil Procedure 30(b)(6) may take place between May 13, 2026, and the preliminary injunction hearing on June 3, 2026.

The undersigned also provided general guidance about the appropriate scope of discovery for the preliminary injunction hearing. Namely, discovery at this stage should be targeted to whether Defendants have a policy or practice of conducting warrantless immigration arrests without an individualized pre-arrest assessment as to the arrestee's likelihood of escape. Other types of non-compliance with federal laws, or subsequent determinations about an arrestee's likelihood of escape or right to remain in the United States, are not relevant to that central inquiry.

The parties also indicated that they are in the process of negotiating a stipulated protective order for submission to the Court. If the parties reach impasse concerning the protective order, they may raise that issue in their position statements in advance of the May 11, 2026 conference.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2