**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| PLAINTIFFS MOISES JAVIER AGUILAR PERALTA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>　　　　　　　　　　Defendants. | No.: 2:26-cv-00337<br><br>District Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura |

**MEMO IN OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**TO PROVIDE DISCOVERY RESPONSES (DOC. #: 39)**

The Plaintiffs oppose the Defendants' request for an extension of time premised on their purported need to wait for a memorialization of the Court's orally delivered orders from the May 11, 2026, discovery conference. Magistrate Judge Vascura carefully delineated the scope of the discovery requests she was compelling responses to in the conference. Even to the extent that the Defendants' decision to have only one of its identified counsel attend the conference resulted in their failure to note the extent of the compelled requests, the conference was transcribed at the Defendants' request, and the transcript was provided on an expedited basis (at additional cost to the Plaintiffs) for this purpose. The lack of a further written order is simply an excuse for a delay the Defendants have sought, and continue to seek, throughout these proceedings.

Nor were hearing the Court's verbal orders or reading a transcript of them the first opportunity for the Defendants to prepare their responses. The Court, anticipating the short time frames involved, provided advance verbal guidance during the parties' first discovery conference and memorialized that guidance afterwards. (Doc. #: 24). The Court also expressly warned the Defendants in that conference that, by asking for the follow-up conference to fall on May 11, just

before their May 13 deadline for production, they were putting themselves in a position to have to produce their responses on an even shorter time frame than if they had consented to an earlier conference, as the Court had suggested and the Plaintiffs had advocated. They should not now be heard to complain about the short amount of time between the conference that was set according to their preference and their known production deadline.

Importantly, none of the requests the Defendants are being required to fulfill has been in any way broadened by the Court's verbal orders. All of them were narrowed, making their burden of production less, and in many cases, the scope of them exactly matched the Defendants' proposed narrowing of the requests, meaning they should have already been gathering the responsive documents and answers.

As just one example, regarding what the parties have discussed as being likely the most time-consuming of the document requests, Request for Production No. 1, addressing a time-limited set of the Forms I-213 for Ohio immigration arrests, the Court reviewed the request and indicated in the parties' first conference that the request appeared to fall within the appropriate scope of the expedited discovery needed for the upcoming preliminary injunction hearing. The Defendants proposed after this conference to eliminate the portion of that request requiring the production of drafts—while also indicating that no such drafts likely existed—and the Court agreed. There should have been nothing about the scope of the discovery that was ultimately compelled on this issue that would require any extra time to produce it. Delaying that production to await the text of an order the Defendants already heard live and have in front of them on a transcript would, without any legitimate countervailing reason, prejudice the Plaintiffs by depriving them and their counsel of valuable time to review the documents before the hearing.

Accordingly, the Plaintiffs ask that the Court deny the Defendants' requested extension and require them to complete their production as previously ordered.

Respectfully submitted,

/s/Jeffrey P. Vardaro
Frederick M. Gittes (0031444)
Jeffrey P. Vardaro (0081819)
THE GITTES LAW GROUP
723 Oak Street
Columbus, Ohio 43205
(614) 222-4735/Fax: (614) 221-9655
fgittes@gitteslaw.com
jvardaro@gitteslaw.com

Freda J. Levenson (0045916)
Amy Gilbert (0100887)
ACLU OF OHIO FOUNDATION, INC.
4506 Chester Avenue
Cleveland, Ohio 44103
(216) 541-1376 (Levenson)
(216) 770-6704 (Gilbert)
flevenson@acluohio.org
agilbert@acluohio.org

David J. Carey (0088787)
ACLU OF OHIO FOUNDATION, INC.
1108 City Park Avenue, Suite 203
Columbus, Ohio 43206
(380) 215-1972
dcarey@acluohio.org

Vincent W. Wells (0101765)
Jesse H. Vogel (0102292)
COMMUNITY REFUGEE & IMMIGRATION
SERVICES
4645 Executive Drive
Columbus, Ohio 43220
Phone: 614-955-9505
vwells@cris-ohio.org
jvogel@cris-ohio.org

/s/ John S. Marshall (per email authority)
John S. Marshall (0015160)
    *Trial Attorney for Plaintiffs*
Helen M. Robinson (0097070)
Edward R. Forman (0076651)
Samuel M. Schlein (0092194)
Madeline J. Rettig (0098816)
MARSHALL, FORMAN AND SCHLEIN, LLC
250 Civic Center Drive, Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790/Fax (614) 463-9780
jmarshall@marshallforman.com
hrobinson@marshallforman.com
eforman@marshallforman.com
sschlein@marshallforman.com
mrettig@marshallforman.com

OF COUNSEL
Louis A. Jacobs (002101)
MARSHALL, FORMAN AND SCHLEIN, LLC
177 19th Street, Apt. 9C
Oakland, CA 94612
(614) 203-1255/Fax (510) 250-9007
LAJOhio@aol.com

Kathleen Kersh (0091198)
Maria Otero (0093841)
Gwen Short (0102151)
Rebecca Bundy (0101572)
ADVOCATES FOR BASIC LEGAL EQUALITY, INC.
525 Jefferson Avenue, Suite 300
Toledo, OH 43604
Phone: (937) 535-4408
kkersh@ablelaw.org
motero@ablelaw.org
gshort@ablelaw.org
rbundy@ablelaw.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May 2026, I filed this Memo in Opposition to

Extension using the Court's CM/ECF system, which shall provide notice hereof to counsel for all

parties.

/s/Jeffrey P. Vardaro_____
Jeffrey P. Vardaro