## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

MOISES JAVIER AGUILAR PERALTA,
*et al.*,

                Plaintiffs,

      v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

                Defendants.

                         Civil Action 2:26-cv-337
                         Chief Judge Sarah D. Morrison
                         Magistrate Judge Chelsey M. Vascura

## ORDER

This matter came before the Court for a telephonic discovery conference on May 20, 2026. All parties appeared and were represented by counsel. This Order memorializes the results of that conference.

The parties requested the conference to resolve several pending discovery disputes in advance of the upcoming June 3, 2026 preliminary injunction hearing. During the conference, the undersigned ruled as follows.

Plaintiffs' oral motion to compel production of documents and information related to warrantless arrests is **GRANTED**. For clarity:

- The Court considers an arrest to be warrantless if a warrant (whether administrative or not) was not obtained before the arrest was made; and

- The Court does not consider a warrant issued in the field to have been obtained before the arrest was made.

Plaintiffs' oral motion for entry of a protective order governing confidentiality of documents produced in discovery is **GRANTED**. The first paragraph of § 22 in Defendants' proposed protective order is deleted and is replaced with the following language:

> This order governs only the sharing and use of documents and information exchanged between the parties in this matter. Defendants may use documents or information already in their possession, or that they obtain through means outside of this litigation, for law enforcement efforts. However, any documents Plaintiffs produce in this litigation under the protective order must be used solely for the purpose of prosecuting or defending this action and may not be used outside the litigation. To ensure compliance with this provision, Plaintiffs must label any documents they want shielded from use outside this litigation as CONFIDENTIAL—ATTORNEY'S EYES ONLY.

The parties are **ORDERED** to submit an otherwise agreed-upon protective order for entry by the Court as soon as possible.

Defendants' oral motion to compel discovery for purposes of the preliminary injunction hearing to proceed on a representative basis is **GRANTED**. The Court offered two options for selecting a representative sample of arrests: For the relevant period of December 1, 2025 through May 31, 2026, Defendants may randomly select 75 of the approximately 2,495 immigration arrests, or Defendants may randomly select 47 of the 151 days. These numbers reflect a 90% confidence interval with a 10% margin of error. For either option, Defendants must produce documents related to warrantless arrests captured by the sample. Defendants are to determine as soon as possible which of these options best lends itself to prompt production in advance of the preliminary injunction hearing.

Defendants' oral motion for a protective order to prevent Plaintiffs from deposing a third witness prior to the preliminary injunction hearing is **GRANTED**. Plaintiff may depose additional witnesses (including an additional witness under Rule 30(b)(6)) following the preliminary injunction hearing.

Defendants' oral motion for a protective order to relieve them of obligations to respond, prior to the preliminary injunction hearing, to any written discovery requests beyond those served on April 21, 2026, is **GRANTED**. Any written discovery requests served after April 21, 2026, and before the preliminary injunction hearing are deemed to be served on June 4, 2026. Parties must disclose any evidence on which they intend to rely at the preliminary injunction hearing in accordance with the Court's Order regarding hearing logistics (ECF No. 50). Parties will not be permitted to rely on any evidence not disclosed in advance.

Defendants' oral motion for an extension of their deadline to file a reply brief in support of their Motion to Dismiss (ECF No. 30) is **GRANTED**. Defendants' reply brief is due **JUNE 11, 2026**.


**IT IS SO ORDERED.**


/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

3