United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Peralta et al.,

-vs-                                                       Case No. 2:26-cv-337

Department of Homeland Security, et al.

COURTROOM MINUTES
Preliminary Injunction Hearing Day 1

| U.S. District Judge Sarah D. Morrison | | Date:   6/3/2026 9:00 – 5:00 | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | See below |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christopher Yates and Shane Young |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Court opened at 9:00 a.m.
Court certified interpreter Jorge Puerto was sworn before the Court.
Plaintiff counsel Jesse Vogel called plaintiff Moises Javier Aguilar Peralta, who testified to questions asked by plaintiff counsel.
Defense counsel Shane Young questioned Aguilar Peralta on cross examination.
Plaintiff counsel Rebecca Bundy called plaintiff Jose Armando de Leon Zapata, who testified to  questions posed to him by counsel.
Defense counsel Christopher Yates questioned de Leon Zapata on cross examination.
Plaintiff counsel Bundy on redirect with de Leon Zapata.
Plaintiff counsel Vincent Wells called plaintiff S.T., who testified to his questions.
Defense counsel Shane Young on cross examination with S.T.
The Court asked Plaintiff if they intend to call witness Professor Blair on 6/4/26.
Plaintiff counsel John Marshall and Freda Levinson clarified their motion for witness Blair to testify before the Court.
Defense counsel Shane Young testified to the government's opposition to allow Blair to testify before the Court.
The Court took argument under advisement and will issue an order.
Plaintiff counsel Jeff Vardaro called US Border Control acting Special Agent in Charge (SAC)  Steven Vorholt on cross examination. SAC Vorholt testified to Plaintiff Exhibits P65, P61.
Defense Counsel Christopher Yates on direct examination with SAC/Commander Vorholt, who testified to Defense Exhibit D36
Plaintiff counsel Jeff Vardaro  on re-cross with Special Agent in Charge (SAC)  Steven Vorholt , who testified to Plaintiff Exhibit P61.
Court adjourned at 5:30