United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Peralta et al.,

-vs-                                                        Case No. 2:26-cv-337

Department of Homeland Security, et al.

COURTROOM MINUTES
Preliminary Injunction Hearing Day 4

| U.S. District Judge Sarah D. Morrison | | Date:   6/4/2026 9:00 – 5:00 | |
|---|---|---|---|
| **Deputy Clerk** | Maria Cook | **Counsel for Plaintiff:** | See below |
| **Court Reporter** | Allison Kimmel | **Counsel for Deft(s):** | Christopher Yates and Shane Young |
| **Interpreter** | | **Pretrial/Probation:** | |
| **Log In** | | **Log Out** | |

Court opened at 9:00 a.m.
Court certified interpreter Jorge Puerto appeared, still under oath from 6/3/2026.
Plaintiff counsel Jeff Vardaro called plaintiff Leosdanis Mulet, who testified remotely to questions asked by plaintiff counsel, and to Exhibit P68.
Plaintiff counsel John Marshall called witness Luke Affholter, ICE Assistant Field Office Director for Columbus (AFOD), on cross-examination . AFOD Affholter testified to Exhibits P28, P29, P35, P36, P73, and P75 (admitted into evidence)
Plaintiff counsel Freda Levinson called witness Miguel Esquiel Ajanel Pelico to testify on direct.
Defense counsel Shane Young on cross examination with Miguel Esquiel Ajanel Pelico.
Plaintiff counsel John Marshall called AFOD Affholter to the stand, and he testified to Exhibits P75, P10, P12, D12, P11, P8, P3.
Plaintiff counsel Freda Levinson called witness Brian Hoffman, and attorney who specializes in representing ICE detainees. The name of his non-profit agency is OCSILIO. He testified to Exhibits D12,
Defense counsel Chris Yates questioned witness Hoffman on cross. He testified to Exhibits.
Defense counsel Shane Young called AFOD Affholter to the stand on direct examination.
Court adjourned at 4:30