United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Peralta et al.,

-vs-                                                    Case No. 2:26-cv-337

Department of Homeland Security, et al.

COURTROOM MINUTES
Preliminary Injunction Hearing Day 3

| U.S. District Judge Sarah D. Morrison | | Date:  6/5/2026  9:00 – 12:00 | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Plaintiff: | See below |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Christopher Yates and Shane Young |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Court opened at 9:00 a.m.
Defense counsel Shane Young called AFOD Affholter to the stand on direct examination, who testified to exhibits D3, D4, D6, D7, D8, D9, D10, D11, D37.
Plaintiff counsel John Marshall on re-cross with AFOD Affolter, who testified to exhibits P67, P70.
Defense counsel Shane Young on redirect with AFOD Affholter.
Plaintiff counsel Jeff Vardaro called Guadalupe Montoya Cedillo, who testified through Interpreter Jorge Puerto, who has been under oath since 6/3/26. Witness Montoya Cedillo attested to exhibit P19.
Defense counsel Chris Yates on cross examination with witness Montoya Cedillo, who testified to exhibit D3.
Plaintiff counsel Vardaro on redirect with witness Montoya Cedillo.
The Plaintiffs and Defendants moved to admit exhibits.
The following were admitted: P75 (admitted on 6/3), P2-P12, P13-P27, P28, P29, P35, P36, P60, P73, P77, P80 (to be filed on the docket); D2-D12 (under seal), D36-D37 (under seal).
The Court ordered the parties' filings of Proposed Findings of Fact and for Conclusions of Law are due to the Court no later than 6/17/2026.
Court adjourned at 2:30 p.m.