**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MOISES JAVIER AGUILAR PERALTA,**
*et al.*,

                        **Plaintiffs,**

        **v.**

**DEPARTMENT OF HOMELAND**
**SECURITY,** *et al.*,

                        **Defendants.**

                                          **Civil Action 2:26-cv-337**
                                          **Chief Judge Sarah D. Morrison**
                                          **Magistrate Judge Chelsey M. Vascura**

## <u>ORDER</u>

This matter is before the Court on Plaintiffs' Unopposed Motion to File Deposition Transcripts Under Seal (ECF No. 70). Therein, Plaintiffs represent that the transcripts of Luke Affholter's and Stephen Vorholt's depositions contain information protected by the May 22, 2026 Protective Order (ECF No. 53), including the names and personal information of individuals who are not parties or witnesses to this case.

Based on these representations, the Court concludes that the deposition transcripts in question contain sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiffs' Motion (ECF No. 70) is **GRANTED**. Plaintiffs are **ORDERED** to **FILE UNDER SEAL** the transcripts of Luke Affholter's and Stephen Vorholt's depositions. Plaintiffs are further **ORDERED** to file versions of the deposition transcripts, redacted only for

the protected information described in Plaintiffs' Motion, **WITHIN SEVEN DAYS** of making

their filings under seal.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE