AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

MOISES JAVIER AGUILAR PERALTA, et al.
*Plaintiffs*
v.
DEPARTMENT OF HOMELAND SECURITY, et al.,
*Defendants*

Civil Action No. 2:26-cv-337

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: The Court grants Defendants' Motion to Dismiss. This action is hereby terminated.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☐ decided by Judge ______ on a motion for

Date: 7/17/2026

*CLERK OF COURT*

Sheresa J. B[illegible]

*Signature of Clerk ~~or Deputy Clerk~~*
Judicial Assistant